# EXHIBIT K

# EQUIFAX

**CREDIT FILE : August 5, 2015**
**Confirmation # 5198045368**

Dear David J Freedom:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

>>> *We have reviewed your concerns and our conclusions are:*
The disputed accounts McSi inc 7027, 7001, 7026 and village of hazel crest are currently not reporting on the Equifax credit file. The additional disputed accounts are not currently reporting on the credit file.

## Public Record Information (This section includes public record items obtained from local, state and federal courts.)

>>> *We have reviewed the bankruptcy information. Case or ID # - 14-12741 The results are:* This bankruptcy is currently reporting as discharged. We have verified that this item has been reported correctly. If you have additional questions about this item please contact: **IL FED Bk CT-Benton, 301 W Main St, Benton IL 62812-1362 Phone: (618) 435-2200**

Wage Earner Plan Filed 07/2014; US Bankruptcy Court-Benton; Case or ID # - 14-12741; Type - Personal; Current Disposition - Discharged CH-13; Current Disposition Date 11/12/2014; Date Verified 11/29/2014; Date Reported 11/29/2014; **Address:** 301 W MAIN ST BENTON, IL 62812-1362 : (618) 435-2200

## Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by a *). (This section includes open and closed accounts reported by credit grantors.)*

| Account History | | | |
|---|---|---|---|
| Status Code | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Descriptions | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> *We have researched the credit account. Account # - 17391* **The results are:** This account is currently reporting included in bankruptcy. If you have additional questions about this item please contact: **American Honda Finance, 2170 Point Blvd Ste 100, Elgin IL 60123-7875 Phone: (800) 542-0029**

( Continued On Next Page )

P.O. Box 105518
Atlanta, GA 30348

David J Freedom
14751 Lorel Ave
Oak Forest, IL 60452-1331

0020004094-5036
00000671 4 F0ECA0807150318230000 01 000000

5198045368APPLADM-00200409 4- 5036 - 9254 - A

**American Honda Finance** — 2170 Point Blvd Ste 100, Elgin IL 60123-7875; (800) 542-0029

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Months Revd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17391* | 10/07/2013 | $20,989 | $0 | | Monthly | | | 01/2015 | $2,534 | $316 | | 04/2014 | | 6 | | Paid and Closed | | | | | 04/2014 |

Items As of Date Reported: 02/06/2015 — Balance Amount $0 — Amount Past Due $0

Status - Included In Wage Earner Plan; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Bankruptcy Chapter 13; Closed or Paid Account/Zero Balance; Auto;

>>> *We have researched the credit account. Account # - 41451170* The results are: This account is currently reporting included in bankruptcy. If you have additional questions about this item please contact: **Chase MTG, PO Box 24696, Columbus OH 43224-0696 Phone: (800) 848-9136**

**Jpmorgan Chase Bank** — PO Box 24696, Columbus OH 43224-0696; (800) 848-9136

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Months Revd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41451170* | 06/01/2006 | $42,963 | $42,500 | | Monthly | | | 03/2014 | $0 | $143 | | 04/2014 | | 94 | $0 | | | $0 | | | |

Items As of Date Reported: 04/01/2015 — Balance Amount $0 — Amount Past Due $0

Status - Included In Wage Earner Plan; Type of Loan - Home Equity Line Of Credit; Whose Account - Individual Account; ADDITIONAL INFORMATION - Bankruptcy Chapter 13; Home Equity Loan;

>>> *We have researched the credit account. Account # - 11165* The results are: This creditor has verified to OUR company that the current status is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **American Honda Finance, 2170 Point Blvd Ste 100, Elgin IL 60123-7875 Phone: (800) 542-0029**

**American Honda Finance** — 2170 Point Blvd Ste 100, Elgin IL 60123-7875; (800) 542-0029

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Months Revd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11165* | 07/01/2008 | $12,824 | $0 | | Monthly | | | 01/2013 | $0 | $228 | | 01/2013 | | 56 | $0 | Paid and Closed | | $0 | | | 01/2013 |

Items As of Date Reported: 07/05/2015 — Balance Amount $0 — Amount Past Due $0

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto; Fixed Rate;

>>> *We have researched the credit account. Account # - 736* The results are: This creditor has verified to OUR company that the current status is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Citimortgage, PO Box 6243, Sioux Falls SD 57117-6243 Phone: (800) 283-7918**

**Citimortgage** — PO Box 6243, Sioux Falls SD 57117-6243; (800) 283-7918

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Months Revd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 736* | 07/01/1999 | $60,000 | $0 | | Monthly | | | 08/2009 | $50,604 | $679 | | 08/2009 | | 23 | $0 | Paid and Closed | | $0 | | | 08/2009 |

Items As of Date Reported: 07/05/2015 — Balance Amount $0 — Amount Past Due $0

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Closed or Paid Account/Zero Balance; Conventional Mortgage;

( Continued On Next Page )

# CREDIT FILE : August 5, 2015

# Confirmation # 5198045368



>>> *We have researched the credit account. Account # - 15100\** *The results are:* This creditor has verified to OUR company that the current status is being reported correctly. Additional information has been provided from the original source regarding this item. Historical account information was deleted from this account. If you have additional questions about this item please contact: ***American Honda Finance, 2170 Point Blvd Ste 100, Elgin IL 60123-7875 Phone: (800) 542-0029***

### American Honda Finance 2170 Point Blvd Ste 100 Elgin IL 60123-7875 ; (800) 542-0029

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 15100* | 01/01/2012 | $14,925 | $0 | | Monthly | 41 | Paid and Closed | |
| Items As of | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 07/05/2015 | $0 | 10/2013 | $0 | $261 | | 10/2013 | | $0 | | $0 | | 10/2013 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - ; Closed or Paid Account/Zero Balance; Auto; Fixed Rate;

>>> *We have researched the credit account. Account # - 112086\** *The results are:* This account is currently reporting included in bankruptcy. If you have additional questions about this item please contact: ***Citimortgage, PO Box 6243, Sioux Falls SD 57117-6243 Phone: (800) 283-7918***

### Citimortgage PO Box 6243 Sioux Falls SD 57117-6243 ; (800) 283-7918

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 112086* | 08/01/2009 | $54,085 | $0 | | Monthly | 60 | | |
| Items As of | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 01/06/2015 | $0 | | $0 | $0 | 04/2014 | | $0 | | $0 | | $0 | |

Status - Included In Wage Earner Plan; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Bankruptcy Chapter 13; Real Estate Mortgage;

>>> *We have researched the credit account. Account # - 24026\** *The results are:* We verified that this item belongs to you. This creditor has verified to OUR company that the current status is being reported correctly. Additional information has been provided from the original source regarding this item. Historical account information was deleted from this account. If you have additional questions about this item please contact: ***Bank of America, 1800 Tapo Canyon, Ca6 914 01 91, Simi Valley CA 93063 Phone: (800) 451-6362***

### Bank of America, N.A. 1800 TAPO CANYON CA6 914 01 91 SIMI VALLEY CA 93063 ; (800) 451-6362

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 24026* | 09/01/2011 | $204,676 | $0 | 30Y | Monthly | 38 | | |
| Items As of | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 07/05/2015 | $191,490 | $0 | 07/2015 | $1,993 | $1,993 | | 06/2015 | | $0 | | $0 | | |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Fha Real Estate Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - ; Real Estate Mortgage;

>>> *We have researched the credit account. Account # - 5490330091203\** *The results are:* We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: ***Bank of America, P.O. Box 982235, EL Paso TX 79998-2235***

### Bank of America — PO Box 982235, El Paso TX 79998-2235

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 549033091203* | 08/01/1993 | $13,852 | $44,700 | | Monthly | 59 | | |

| Items As of | Balance | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 07/05/2015 | $0 | $0 | 04/2014 | $31 | $0 | 04/2014 | | $0 | $0 | $0 | | 04/2014 |

Status - Included In Wage Earner Plan; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Bankruptcy Chapter 13; Credit Card;

>>> **We have researched the credit account. Account # - 442802800001\* The results are:** We verified that this item belongs to you. This creditor has verified to OUR company that the current status is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Chase Card, PO Box 15298, Wilmington DE 19850-5298 Phone: (800) 432-3117**

### Chase Bank USA, Na — PO Box 15298, Wilmington DE 19850-5298 ; (800) 432-3117

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 442802800001* | 04/01/1994 | $6,660 | $500 | | Monthly | 99 | | |

| Items As of | Balance | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 07/05/2015 | $0 | $0 | 02/2012 | $0 | $0 | 04/2014 | 02/2012 | $0 | $0 | $0 | $0 | | 02/2012 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Credit Card;

>>> **We have researched the credit account. Account # - 103697\* The results are:** This account has been updated to show included in bankruptcy/included in bankruptcy of another person. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **USAA Federal Savings Bk, 10750 W IH 10, USAA Building Bk P3 East, San Antonio TX 78288-1600 Phone: (800) 531-2265**

### USAA Federal Savings Bank — PO Box 47504, San Antonio, TX 78265-7504 ; (512) 498-7532

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 103697* | 10/10/2013 | $10,500 | $0 | 60M | Monthly | 11 | | |

| Items As of | Balance | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 08/05/2015 | $0 | $0 | | $0 | $0 | 04/2014 | | $0 | $0 | $0 | $0 | | |

Status - Included In Wage Earner Plan; Type of Loan - Auto; Whose Account - Joint Account; ADDITIONAL INFORMATION - Bankruptcy Chapter 13; Auto;

>>> **We have researched the credit account. Account # - 16241\* The results are:** This account is currently reporting included in bankruptcy. If you have additional questions about this item please contact: **American Honda Finance, 2170 Point Blvd Ste 100, Elgin IL 60123-7875 Phone: (800) 542-0029**

### American Honda Finance — 2170 Point Blvd Ste 100 Elgin IL 60123-7875 ; (800) 542-0029

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 16241* | 01/01/2013 | $20,888 | $0 | | Monthly | 13 | Paid and Closed | |

| Items As of | Balance | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 02/06/2015 | $0 | $0 | 12/2014 | $3,267 | $326 | 04/2014 | | $0 | $0 | $0 | $0 | | 04/2014 |

Status - Included In Wage Earner Plan; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Bankruptcy Chapter 13; Closed or Paid Account/Zero Balance; Auto;

## CREDIT FILE : August 5, 2015

Confirmation # 5198045368



### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( Continued On Next Page )

5198045368APPLADM-0020004094-5036-9254 - A

( End Of Report )

5198045368APPLADM-0020004094- 5036 - 9254 - /