UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID J. FREEDOM, | |
| Plaintiff, | Case No. 1:15-cv-10135 |
| v. | Honorable Chief Judge Ruben Castillo |
| CITIFINANCIAL, LLC., JPMORGAN CHASE BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC. | |
| Defendants. | |

**MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY**

NOW COMES Plaintiff DAVID J. FREEDOM ("Plaintiff"), by and through his undersigned attorneys, seeking leave to submit the following supplemental authority in support of his response to Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Motion to Dismiss (Dkt. 51):

- *Asufrin v. RoundPoint Mortgage Servicing Corporation et al*, Case No. 15 CV 9077 (N.D. Ill., March 17, 2016), attached hereto as Exhibit A.

Dated: April 1, 2016

Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188

## **CERTIFICATE OF SERVICE**

    I, Mohammed O. Badwan, an attorney, certifies that a true and correct copy of the foregoing **Motion for Leave to Submit Supplemental Authority** was served via ECF, this 1st day of April 2016, which will send notice to all parties of record.

    /s/ Mohammed O. Badwan