UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID J. FREEDOM,<br><br>Plaintiff,<br><br>v.<br><br>CITIFINANCIAL, LLC., JPMORGAN CHASE BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC.<br><br>Defendants. | Case No. 1:15-cv-10135<br><br>Honorable Chief Judge Ruben Castillo |

### MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY

NOW COMES Plaintiff DAVID J. FREEDOM ("Plaintiff"), by and through his undersigned attorneys, seeking leave to submit the following supplemental authority in support of his response to Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Motion to Dismiss (Dkt. 51):

- *Souvigny et al v. Wells Fargo Home Mortgage, Inc. et al,* Case No. 15 CV 07465 (N.D. Ill., April 15, 2016) attached hereto as Exhibit A.

Dated: April 25, 2016

Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188

## **CERTIFICATE OF SERVICE**

I, Mohammed O. Badwan, an attorney, certifies that a true and correct copy of the foregoing **Motion for Leave to Submit Supplemental Authority** was served via ECF, this 25th day of April 2016, which will send notice to all parties of record.

/s/ Mohammed O. Badwan